UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARL WASHINGTON,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | |
| LAREDO PETROLEUM, INC., LESSLEY SERVICES, LLC, and WIDE OPEN TRANSPORT, INC.,<br>　　Defendants. | §<br>§<br>§<br>§ | |
| ONE BEACON AMERICA INSURANCE COMPANY,<br>　　Intervening Defendant | §<br>§<br>§ | Cause No. SA-14-CV-700-OLG |
| LAREDO PETROLEUM, INC. and LESSLEY SERVICES, LLC,<br>　　Third Party Plaintiffs, | §<br>§<br>§ | |
| v. | § | |
| FESCO, LTD.,<br>　　Third Party Defendant. | §<br>§ | |

**ORDER**

On this date the Court considered the status of the above-styled case. The Court has been informed the parties in this case previously participated in mediation on March 7, 2016, but were unable to reach a settlement agreement. The Court was advised the parties intended to schedule a second mediation to allow the excess insurance carrier AIG to be present, but no date has been scheduled. The Court finds a second mediation may help resolve the pending claims in this case. Accordingly, the Court ORDERS the parties with pending claims in this case to participate in a second mediation **no later than Friday, June 17, 2016**. Within seven days from the date of mediation, the parties must apprise this Court of the status of the case. In order to accommodate

the new mediation deadline, the Court hereby VACATES the current trial date and RESETS the pretrial conference to Wednesday, August 10, 2016 at 10:00 am. Trial and jury selection are reset to Monday August 15, 2016 at 9:00 am.

Furthermore, the Court has reviewed Plaintiff's motion to quash the notice of deposition of Frank Chenevert, Jr. (docket no. 110). The Court finds the notice was served past the discovery deadline of March 9, 2016 (*see* docket no. 84). Accordingly, Plaintiff's Motion to Quash Notice of Deposition is GRANTED. However, given the extension of time provided in this Order, the parties may agree to extend the discovery deadline.

It is so ORDERED.

SIGNED this 7th day of April, 2016.

_____
Chief United States District Judge Orlando L. Garcia