## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**FILED**

JUN 1 6 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

| | | |
|---|---|---|
| CARL WASHINGTON,<br>    Plaintiff, | § § § | |
| v. | § § § | |
| LAREDO PETROLEUM, INC., LESSLEY SERVICES, LLC, and WIDE OPEN TRANSPORT, INC.,<br>    Defendants. | § § § § § | |
| ONE BEACON AMERICA INSURANCE COMPANY,<br>    Intervening Defendant | § § § § | Cause No. SA-14-CV-700-OLG |
| ----------------------------------------------------- | § | |
| LAREDO PETROLEUM, INC. and LESSLEY SERVICES, LLC,<br>    Third Party Plaintiffs, | § § § § | |
| v. | § § | |
| FESCO, LTD.,<br>    Third Party Defendant. | § § | |

### ORDER ADMINISTRATIVELY CLOSING CASE

On June 16, 2016, the Court received notification from Plaintiff's counsel in the above-styled case that they had reached a settlement agreement. Accordingly, the Court hereby administratively CLOSES this case pending the filing of settlement papers and the stipulation of dismissal. The Clerk of the Court is ORDERED to close this case upon entry of this order.

IT IS SO ORDERED.

SIGNED this 16th day of June, 2016.

_____
Chief United States District Judge Orlando L. Garcia